UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No.  03-20076 |
| ) | |
| **DENNIS HARMON** ) | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 32.1, Fed. R. Crim. P. and CDIL Rule 72.1(A)(22).  The Defendant waived a hearing and admitted all allegations of the Petition to Revoke.  After cautioning and examining the Defendant under oath, I determined that the waiver and admissions were knowing and voluntary and that the violations alleged are supported by an independent factual basis.  I therefore recommend that the waiver and admissions be accepted, and that the Court proceed to disposition under the rule and statutes referenced therein.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).

ENTER this 31st day of March, 2006.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE